# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Anderson

City:  
Superseding Indictment:  
**Criminal No.**

County: Prince Wiliam  
Same Defendant:  
New Defendant: x

Magistrate Judge Case No.: 1:23-mj-67  
**Arraignment Date:**

Search Warrant Case No.:  
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Connor Brian Fitzpatrick  
**Alias(es):** pompompurin  
☐ Juvenile  
FBI No.:

**Address:** PEEKSKILL, NY

Employment:

**Birth Date:** 2002  
**SSN:**  
**Sex:** Male  
**Race:** White  
**Nationality:** USA

**Place of Birth:**  
**Height:** 130  
**Weight:** 5"9'  
**Hair:** Brown  
**Eyes:** Grey  
**Scars/Tattoos:**

☐ Interpreter  **Language/Dialect:**  Auto Description:

## Location/Status:

**Arrest Date:** Mar 15, 2023  
☒ Already in Federal Custody as of: Mar 15, 2023  in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody  
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested  
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:  
☐ Court Appointed  
Counsel Conflicts:

Address:  
☐ Retained

Phone:  
☐ Public Defender  
☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Carina A. Cuellar  
**Phone:** 703-299-3800  
**Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

FBI John Longmire, 202-345-3806

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1029 (b)(2) | Consp. commit access device fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 3/15/2023   **AUSA Signature:** /s/ Carina Cuellar   *may be continued on reverse*