AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-mj-67 |
| Conor Fitzpatrick ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Conor Fitzpatrick.

Date: 03/23/2023

/s/ Nina J. Ginsberg
*Attorney's signature*

Nina J. Ginsberg/VSB No. 19472
*Printed name and bar number*

DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
*Address*

nginsberg@dimuro.com
*E-mail address*

(703) 684-4333
*Telephone number*

(703) 548-3181
*FAX number*