IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONOR BRIAN FITZPATRICK,<br><br>Defendant. | No. 1:23-mj-67 |

GOVERNMENT'S MOTION TO UNSEAL
AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

The United States, by and through undersigned counsel, asks this Honorable Court for entry of an order unsealing the Affidavit in Support of a Criminal Complaint in this matter. Public disclosure of the documents filed under seal will no longer jeopardize a pending criminal investigation. A proposed order is submitted herewith for the convenience of the Court.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: *Carina Cuellar*
_____
Carina A. Cuellar
Assistant United States Attorney