IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONOR BRIAN FITZPATRICK,<br><br>Defendant. | No. 1:23-mj-67 |

ORDER

This matter having come before the Court on the United States' motion to unseal a document filed in this matter, and the Court having concluded that the United States has shown good cause therefor, it is hereby

ORDERED that the Affidavit in Support of a Criminal Complaint filed in connection with this matter be unsealed.

*William E. Fitzpatrick*
The Honorable William E. Fitzpatrick
United States Magistrate Judge

Date: 3/23/2023
Alexandria, Virginia