## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **WILLIAM E. FITZPATRICK**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA                     HEARING: R5_____ CASE #: 23mj67_____

       -VS-                                  DATE: 3/24/23_____ TIME:   2:00 p.m._____

_____Conor Fitzpatrick_____       RECORDER: FTR SYSTEM        REMOTE HEARING   (   )

COUNSEL FOR THE UNITED STATES:_____Carina Cuellar_____

COUNSEL FOR THE DEFENDANT:_____Nina Ginsberg_____

INTERPRETER:_____LANGUAGE:_____

( x ) DEFT APPEARED    (   x   ) W/ COUNSEL        (   ) DUTY FPD PRESENT:_____

( x ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or violations

( x ) DUE PROCESS ACT-ORDER SIGNED BY JUDGE

**(   )** COURT TO APPOINT COUNSEL        (   ) FPD

**(   )** GVT. CALL WITNESS & ADDUCES EVIDENCE        (        ) AFFIDAVIT

**(   )** EXHIBIT #_____ADMITTED

**( x )** PROBABLE CAUSE**:** FOUND **(   x   )**   NOT FOUND (     )

( x ) PRELIMINARY HEARING WAIVED     ( x ) FILED        (       ) ORALLY

**(   )** MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(       ) DEFT. ADMITS VIOLATION (        )DFT. DENIES VIOLATION   (       ) COURT FINDS DFT. IN VIOLATION

**MINUTES: Deft already placed on Bond conditions from Southern District of New York. Judge Fitzpatrick adds the following conditions on request of USA: Deft may not access VPN software from his home or anywhere else; all other previously imposed conditions remain the same at this time.**

**CONDITIONS OF RELEASE**:
($           ) UNSECURED ($           ) SECURED   (   ) PTS  **(      )** 3RD PARTY (      ) TRAVEL RESTRICTED
(      ) APPROVED RESIDENCE (      ) SATT (      ) PAY COSTS (      ) ELECTRONIC MONITORING (       ) PASSPORT

**(        ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**(        ) DEFENDANT RELEASED ON CONDITIONS OF SUPERVISED    (      )PROBATION    (      )RELEASE**

**NEXT COURT APPEARANCE:_____at _____Before_____**
(   ) DH (      ) PRH (   ) STATUS (   ) TRIAL (      ) JURY (   ) PLEA (      ) SENT (      ) PBV   (   ) SRV   (   ) R40 (   )PTV