AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
Conor Fitzpatrick ) Case No. 1:23-mj-67
Defendant )
)

FILED IN OPEN COURT
MAR 24 2023
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3/24/23

Conor Fitzpatrick
*Defendant's signature*

*Signature of defendant's attorney*

Nina J. Ginsberg
*Printed name and bar number of defendant's attorney*

1101 King Street, Alexandria VA 22314
*Address of defendant's attorney*

nginsberg@dimuro.com
*E-mail address of defendant's attorney*

703-684-4333
*Telephone number of defendant's attorney*

703-548-3181
*FAX number of defendant's attorney*

