IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO.1:23MJ67 |
| | ) |
| | ) |
| CONNOR FITZPATRICK | ) |
|     Defendant. | ) |

ORDER

THIS CAUSE came on March 24, 2023, for an initial hearing before the undersigned Magistrate Judge. At the hearing on March 24, 2023, defendant appeared with counsel, N. Ginsberg, Esquire, and Peter Katz, Esquire, the United States was represented by C. Cuellar, Esquire.

The defendant was informed of his rights, the nature of the charges, and after consulting with counsel executed a waiver of a preliminary hearing. The defendant was previously released on conditions of bond in the Southern District of New York, wherefore,

It is hereby
ORDERED that for the reasons stated on the record the defendant CONNOR FITZPATRICK is continued on the same terms and conditions previously imposed with the additional condition defendant may not access VPN software from any location.

/s/ William C. Fitzpatrick
William E. Fitzpatrick
United States Magistrate Judge

March 28, 2023
Alexandria, Virginia