IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:23-mj-67 |
| CONOR BRIAN FITZPATRICK, | |
| Defendant. | |

**ORDER AUTHORIZING**
**ALTERNATIVE VICTIM NOTIFICATION**

Having reviewed the United States' Motion for Alternative Victim Notification and good cause being shown, and without opposition of counsel for the defendant:

**IT IS ORDERED** that the United States' motion is GRANTED. The United States shall provide any notifications required by 18 U.S.C. § 3771 to the pool of potential victims in the above-captioned case through the Internet.

**IT IS FURTHER ORDERED** that the United States shall use a case-specific page on the Eastern District of Virginia's website where all required notices would be posted, direct potential victims of which it is aware to that webpage, and issue a press release informing those who believe they may be potential victims to this website.  In the event the above-captioned matter results in a conviction, the United States shall satisfy its notification obligations through the Bureau of Prisons' website.

**IT IS SO ORDERED.**

_____
The Honorable John F. Anderson
United States Magistrate Judge

Date: _____
Alexandria, Virginia