AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-mj-67 |
| CONOR BRIAN FITZPATRICK | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: June 5, 2023

/s/
*Attorney's signature*

Lauren Pomerantz Halper, VA 86228
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
*Address*

lauren.halper@usdoj.gov
*E-mail address*

703-299-3700
*Telephone number*

703-299-3980
*FAX number*